**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2411**

———————

EDDIE LAREECE PITTMAN,

                    Plaintiff - Appellant,

          v.

ARCHER WESTERN CONTRACTORS; JOHN B. MCCUBBIN; REGGINALD
CAMPBELL,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:11-cv-00556-MAC-DSC)

———————

Submitted:  April 26, 2012          Decided:  April 30, 2012

———————

Before GREGORY, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eddie LaReece Pittman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie LaReece Pittman appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pittman v. Archer W. Contractors, No. 3:11-cv-00556-MOC-DSC (W.D.N.C. Nov. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2